TIMOTHY COURCHAINE
United States Attorney
District of Arizona
Raquel Arellano
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7358
Email: raquel.arellano@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 24-02537-TUC-RCC |
|---|---|
| Plaintiff, | Government's *Amended* Sentencing Memorandum |
| vs. | SE:  July 29, 2025 |
| Damian Enriquez, | |
| Defendant. | |

Now comes the United States of America, by and through its undersigned attorneys, and hereby respectfully submits this *Amended* Sentencing Memorandum for this Court's consideration at the time of Mr. Damian Enriquez' sentencing.  Damian Enriquez pleaded guilty on November 21, 2024 to Count 28 of a 28-Count Indictment charging Engaging in the Business of Dealing Firearms without a License. Sentencing is scheduled for July 29, 2025 before United States Senior District Judge Raner C. Collins. The plea agreement called for a sentencing cap at the low end of the applicable sentencing guidelines. The government believes that a sentence of 18 months' imprisonment adequately addresses the seriousness of the offense. This amended sentencing memorandum is filed because previously cited articles contained in the initial sentencing memorandum are no longer accessible on the internet.

/ / /

/ / /

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    FACTS AND PROCEDURAL HISTORY

As noted in the factual basis of the plea agreement (Doc. 26), Mr. Enriquez admitted that between July 10, 2020 and April 4, 2024, he engaged in the business of dealing in firearms, that is, buying and selling 25 firearms listed in the indictment.  He did not have a license to do so. In March, 2023, ATF agents were alerted to numerous suspicious firearms purchases he made of many similar make and model firearms. Of the 25 firearms purchased, 9 were recovered by ATF and other law enforcement agencies in Arizona and in Mexico. The firearms recovered by local law enforcement agencies were connected to separate criminal investigations, not affiliated with Mr. Enriquez. Three of the firearms were successfully smuggled across the international border and were subsequently recovered (there is no evidence to suggest Mr. Enriquez was involved in the smuggling of these firearms into Mexico). The three recovered in Mexico were not returned to the United States.

The government furthermore submits on the statement of facts as stated under "The Offense Conduct" listed by Probation in paragraphs 6 through 23 of the PSR.  The relevant information pertaining to Mr. Enriquez is contained in Paragraph 16 which notes that ATF agents reviewed the Facebook accounts of Mr. Enriquez, and an acquaintance named Misayel Dicochea and found conversations they exchanged which revealed a history of Mr. Enriquez buying and selling firearms and straw purchasing firearms. Agents were able to obtain ATF 4473 forms from FFL's which documented the 25 firearms purchased by the defendant.

### II.    APPLICABLE GUIDELINE CALCULATIONS

The government agrees with the guideline calculations in the Presentence Report. The base offense level is 12 plus 6 levels for the involvement of 25 firearms, minus 3 levels for acceptance of responsibility.  The total  offense level is 15.  The defendant's Criminal History Category is I, and the advisory sentencing guideline range is 18 to 24 months

imprisonment.  The government also agrees with the Probation Officer's recommended sentence of 18 months imprisonment.

### III.    GOVERNMENT'S SENTENCING RECOMMENDATION

The government respectfully requests that this Court sentence the defendant to a term of 18 months' imprisonment, the low end of the guideline range (and sentencing cap under the plea agreement). The government submits that this sentence appropriately reflects the severity of the offense and is no greater than necessary to accomplish the goals of sentencing.

The defendant purchased 25 firearms between 2020 and 2024 which he then resold without having a license. Nine of the firearms were tied to crimes (not involving the defendant) and these guns were recovered in the United States and in Mexico. The disclosure provided to the defendant indicates that in Facebook messages exchanged with Misayel Dicochea (who is charged separately for firearms violations), the defendant indicated he was selling a firearm for $450 and that he was "flipping" firearms to make money.  He also indicated purchasing firearms at a gun show for "them mesicans". Three of the firearms successfully smuggled in Mexico and recovered in Mexico were AK-47-type rifles.

**EFFECTS OF AK-47s**

"While the AK-47's reasonable weight, comparative lack of recoil, intermediate rounds and compact size, - a big plus for close-quarter urban warfare and other situations in which a long barrel gets in an infantryman's way – were important qualities, what makes this weapon truly special is its simplicity and durability."  "How the AK-47 Became the 'Weapon of the Century", https//www.militarytimes.com, dated December 12, 2017, *accessed 05/22/2024.*

**FIREARMS TRAFFICKING AND ITS IMPACT**

The United States Government Accountability Office produced a February 2021 report analyzing firearms trafficking into Mexico and efforts to disrupt it. "U.S. Efforts to

Disrupt Gun Smuggling into Mexico Would Benefit from Additional Data and Analysis" https://www.gao.gov/assets/gao-21-322.pdf, *accessed 1/16/2024*. The report discusses the United States' national security and foreign security interests at stake and the connection between firearms smuggling and drug trafficking:

> Trafficking of U.S.-sourced firearms to Mexico is a U.S. national security threat, in part because it facilitates the illegal drug trade. A 2017 executive order noted that TCOs [transnational criminal organizations], including drug cartels, threaten the safety of the United States and its citizens.
>
> * * *
>
> In Mexico, weapons smuggled from the United States often end up in the hands of TCOs or other criminals, where they can be used against law enforcement officers and civilians, according to the *2020 Southwest Border Counternarcotics Strategy*. According to a 2010 report by DOJ's Inspector General, drug traffickers in Mexico turned to the United States as a primary source of weapons in part because Mexican law severely restricts gun ownership.
>
> * * *
>
> According to the *Southwest Border Counternarcotics Strategy*, Mexico continues to experience high rates of crime and violence due to the intense competition among TCOs to dominate lucrative smuggling corridors. Many of the TCOs that traffic drugs into the United States are also involved in the southbound flow of illicit drug proceeds and illegal weapons across the U.S. border. Throughout the United States, TCOs and subsidiary organizations, including drug cartels, derive revenue through widespread illegal conduct. Such conduct includes acts of violence and abuse that threaten the safety of U.S. citizens and show a wanton disregard for human life, according to the 2017 executive order.
>
> TCOs use firearms, ammunition, and explosives to protect their trafficking routes, drug processing locations, geographic drug trafficking areas, and illicit profits.

*Id.* at pp. 3-4 (internal citations omitted).

In January 2022, the *Nogales International* reported on the surge of southbound firearm seizures and their impact on Mexico:

> A report from the U.S. Bureau of Alcohol, Tobacco and Firearms found that 70 percent of guns recovered in Mexico between 2014 and 2018 came from

the United States. Even ATF acknowledges the number could be higher; the Mexican government's [lawsuit against U.S. firearms manufacturers] alleges it could be as high as 90 percent."

"Southbound Gun Seizures Surge at Local Ports" https://www.nogalesinternational.com/news/southbound-gun-seizures-surge-at-local-ports/article_922ce7c0-804d-11ec-9ad1-37d3f6cf865b.html, *accessed 1/16/2024.*

Mexico has seen more than 360,000 homicides since the Mexican government declared war on the Mexican cartels. "Mexico's Long War: Drugs, Crimes and the Cartels," Council on Foreign Relations, https//www.cfr.org/backgrounder/mexico-long-war-drugs-crime-and-cartels, last updated on September 7, 2022, *accessed 05/22/2024.*

AR-15s and AK-47-type firearms are cartel-preferred firearms. They have fueled the drug wars that have killed numerous law enforcement officers and even more, innocent citizens who are caught in the crossfire.

## IV.    CONCLUSION

The government respectfully requests this Court sentence the defendant to a term of 18 months of imprisonment on Count 28 and dismissal of the remaining counts. The government respectfully requests an Order of Forfeiture Judgment be entered in the amount of $11,595.74 for the 19 firearms not recovered by law enforcement (including the three AK-47-type rifles recovered in Mexico but not returned to the United States).

Respectfully submitted this 30th day of June, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

Raquel Arellano
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 30th day of June, 2025, to:

Arthur Zaragoza, Esq.
Attorney for Damian Enriquez

Robin C. Polanco
United States Probation Office

- 5 -